R. D. WHITLEY, Guardian, and others *v.* A. A. ALEXANDER, Administrator, and others.

(For the Syllabus, see the preceding case.)

Civil action against the administrator of a surety on a guardian bond, tried on exceptions to the report of the Clerk, to whom it had been referred, by his Honor, Judge *Schenck*, at Spring Term, 1875, of Mecklenburg Superior Court.

The facts in this case are like those in the preceding case between the same parties. From the ruling of his Honor, the defendants appealed.

*Wilson & Son* and *Jones & Johnston*, for appellants.
*Barringer, Vance & Dowd* and *Shipp & Bailey*, contra.

Rodman, J. The questions presented in both of these appeals are the same, and the decision on the other appeal will apply to the present. A judgment may be drawn in conformity with the opinion in that appeal.

Per Curiam.	Judgment accordingly.